■ In the Matter of COMMUNITY RELATED SERVICES, INC., Respondent, v NEW YORK STATE DEPARTMENT OF HEALTH et al., Appellants. [16 NYS3d 732]—

Order, Supreme Court, New York County (Shirley Werner Kornreich, J.), entered July 16, 2014, which denied respondents' motion to vacate an order, same court and Justice, entered January 30, 2014, confirming a special referee's report, and a judgment, entered February 4, 2014, same court and Justice, as amended on or about May 5, 2014, in petitioner's favor in the amount of $7,458,017.98, unanimously modified, on the law, to grant so much of the motion as sought to vacate the portion of the January 30, 2014 order that directs the entry of a money judgment, replace that language with an order directing respondents to reimburse petitioner for improperly denied Medicaid claims, in the amount of $7,458,017.98, to grant so much of the motion as sought to vacate the amended judgment, and otherwise affirmed, without costs. The Clerk is directed to enter judgment accordingly.

Although the reimbursement of monies withheld as a result

of respondents' denial of Medicaid claims is incidental to the primary relief sought by petitioner and granted by the court (*see* CPLR 7806; *Matter of Gross v Perales*, 72 NY2d 231 [1988]), the court exceeded its jurisdiction in directing the entry of a money judgment against respondents (*see* Court of Claims Act § 9 [4]; *see also* CPLR 5207). Accordingly, we modify the order on appeal to provide petitioner with the appropriate relief. Concur—Mazzarelli, J.P., Sweeny, Renwick and Manzanet-Daniels, JJ.